

*New York*
630 Third Avenue, 18th Floor
New York, NY 10017
p. (646) 459-7971
f. (646) 459-7973

*New Jersey*
375 Passaic Ave., Ste. 100
Fairfield, NJ 07004
p. (973) 227-5900
f. (973) 244-0019

Joseph K. Jones, Esq.††
Benjamin J. Wolf, Esq.††
Anand A. Kapasi, Esq.†
Paul Gottlieb, Esq.*

††Admitted NY, NJ, CT
†Admitted NY, NJ

*Of Counsel, NY

www.legaljones.com

*Reply to:  New Jersey*

November 18, 2024

Electronically Filed via ECF

United States District Court – District of New Jersey
Honorable Susan D. Wigenton
50 Walnut Street
Newark, New Jersey

      Re: Kostopoulos - *Appellant*
        Civil Case No.: 24-cv-06215 SDW
        *On Appeal From An Order In A Bankruptcy Action*

Honorable Susan D. Wigenton:

  This firm represents the Appellant, Athena Kostopoulos relative to the above-referenced matter, which is fully briefed. If oral argument is necessary, please note that I will be out of the country from December 10, 2024 until December 24, 2024.

  Thank you for your consideration in this regard.

        Respectfully submitted.

        JONES, WOLF & KAPASI, LLC

        */s/ Joseph K. Jones*
        Joseph K. Jones, Esq.

cc: All Counsel