

*New York*
630 Third Avenue, 18th Floor
New York, NY 10017
p. (646) 459-7971
f. (646) 459-7973

*New Jersey*
375 Passaic Ave., Ste. 100
Fairfield, NJ 07004
p. (973) 227-5900
f. (973) 244-0019

Joseph K. Jones, Esq.††
Benjamin J. Wolf, Esq.††
Anand A. Kapasi, Esq.†
Paul Gottlieb, Esq.*

††Admitted NY, NJ, CT
†Admitted NY, NJ

*Of Counsel, NY

www.legaljones.com

*Reply to: New Jersey*

December 5, 2024

Electronically Filed via ECF

United States District Court – District of New Jersey
Honorable Susan D. Wigenton
50 Walnut Street
Newark, New Jersey

      Re: Kostopoulos - *Appellant*
        Civil Case No.: 24-cv-06215 SDW
        *On Appeal From An Order In A Bankruptcy Action*

Honorable Susan D. Wigenton:

  This firm represents the appellant, Athena Kostopoulos relative to the above-referenced matter. In response to your Text Order issued today, please note that the Sheriff's sales is scheduled for tomorrow, December 6, 2024, in the afternoon. However, a pending Order to Show Cause requesting a forty-five (45) day adjournment to allow Appellant to complete a refinance of the property is scheduled to be heard tomorrow at 8:45 AM.

  Appellant is in same position today as she when submitted the October 22, 2024 letter. If this Court were to decide this appeal *after* December 6, 2024, even if it granted appellant's request and reversed the decision from the Bankruptcy Court, it may be too late, as the Kostopoulos home would have already been sold at the Sheriff's Sale

  Thank you for your consideration in this regard.

        Respectfully submitted.

        JONES, WOLF & KAPASI, LLC

        */s/ Joseph K. Jones*
        Joseph K. Jones, Esq.

cc: All Counsel

# Exhibit

A