**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATHENA KOSTOPOULOS, <br><br> Appellant, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY FSB, <br><br> Appellee. | Case No. 24-cv-06215 (SDW) <br><br> **ORDER** <br><br> January 29, 2025 |

**WIGENTON**, District Judge.

This matter, having come before this Court by way of Appellant Athena Kostopoulos's ("Appellant") Appeal of the Bankruptcy Court's May 7, 2024 Order, and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated January 29, 2025 and for good cause shown,

**IT IS** on this 29th day of January, 2025,

**ORDERED** that the Bankruptcy Court's May 7, 2024 Order is **AFFIRMED**.

s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig:   Clerk
cc:     Parties

1